UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

THE WILCOX FAMILY
IRREVOCABLE 2004 TRUST,
DEBORA JANE ALLEN, and
CHARLES EVANS WILCOX,

    Plaintiff,

v.                          Case No.: 8:22-cv-2504-AAS

TRANSAMERICA PREMIER LIFE
INSURANCE COMPANY,

    Defendant.
_____/

## ORDER

Plaintiffs The Wilcox Family Irrevocable 2004 Trust (the Trust), Debora Jane Allen, and Charles Evans Wilcox (collectively, the plaintiffs) move to remand this action to state court. (Doc. 16). Defendant Transamerica Premier Life Insurance Company (Transamerica) originally responded in opposition (Doc. 22) to the plaintiffs' motion. However, a later notice informed that Transamerica now "consents to a remand of this case to state court" and withdraws both its opposition to the plaintiffs' motion and its notice of removal. (Doc. 40).

The plaintiffs' Motion for Remand (Doc. 16) is thus **GRANTED**. The Clerk is **DIRECTED** to remand this action to the Sixth Judicial Circuit in and

1

for Pinellas County, Florida.

**ORDERED** in Tampa, Florida on January 12, 2023.

_Amanda Arnold Sansone_
AMANDA ARNOLD SANSONE
United States Magistrate Judge